**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
Olympic Towers, Suite 250
300 Pearl Street
Buffalo, NY 14202
www.nywb.uscourts.gov

| | | |
|---|---|---|
| In Re: | | Case No.: 1−07−02747−CLB |
| Marion S. Lenz | SSN/TaxID: xxx−xx−3686 | Chapter: 7 |
| | Debtor(s) | |

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge. The Debtor either failed to file Official Form 23 or failed to include the provider certificate number on Official Form 23.

Dated: October 18, 2007                                     Paul R. Warren
                                                            Clerk, U.S. Bankruptcy Court

**Form clsnodss**
Doc 11